## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **STEVEN LAWSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 16-CV-4299** |
| **v.** | ) | |
| | ) | **Hon. Charles R. Norgle** |
| **GENERAL ELECTRIC COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In light of the Court's July 12, 2018 Opinion and Order, Defendant's Motion for Summary Judgment [138] is granted. The Clerk shall enter judgment in favor of Defendant pursuant to Federal Rule of Civil Procedure 58. Civil case terminated.

ENTER:

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 12, 2018