IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN LAWSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 16-CV-4299 |
| v. ) | |
| ) | Hon. Charles R. Norgle |
| GENERAL ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In Light of the Court's July 12, 2018 Order granting summary judgment in favor of Defendant, the following motions are denied as moot: Defendant's Motion for Summary Judgment Based on the Statute of Limitations [119]; Defendant's Motion to Exclude Testimony of Mr. Arnold Gundersen Under Daubert and Rule 702 [124]; Defendant's Motion to Exclude Testimony of Dr. Christopher Busby Under Daubert and Rule 702 [133]; Defendant's Motion to Exclude Evidence of or Reference to Preempted Theories of Liability [171]; Defendant's Motion to Exclude Evidence of or Reference to Inapplicable Standards of Care and Statutory Criticisms [172]; Defendant's Motion to Exclude References to Nuclear Power Plants Where Plaintiff Did Not Receive an Occupational Dose [173]; Defendant's Motion to Exclude Argument or Evidence Based on the False Claim That Mr. Lawson Worked "For" General Electric [174]; Defendant's Motion to Exclude Arguments or Evidence With No Connection to General Electric [175]; Defendant's Motion to Exclude Inflammatory and/or Prejudicial Phrases and Statements [176]; Defendant's Motion to Exclude Videos Taken by Mrs. Lawson or Other Family Members at the Direction of Plaintiff's Expert [177]; Defendant's Motion to Exclude Evidence of or Reference to Testimony or Written Statements from Plaintiff's Treating Physicians [178]; Defendant's Motion To Exclude Evidence or Argument Regarding Other Health Conditions "Caused By" Radiation and Unsupported Claims Regarding the Health of Other Individuals or Co-workers [179]; Defendant's Motion to Exclude Undisclosed Expert Testimony [180]; Defendant's Motion to Exclude Improper Lay Witness Testimony [181]; Defendant's Motion to Exclude Evidence of Insurance Coverage and Any Related Information [182]; Defendant's Motion Requesting Preliminary Jury Instructions [183]; Plaintiffs' Motion in Limine [191]; Defendant's Motion to Strike Declaration of Steven Lawson [204].

ENTER:

*/s/ Charles Norgle*
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 12, 2018